# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153609(3)

JOSEPH CONSTANT,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

SC: 153609
AGC: 1770-15

On order of the Chief Justice, plaintiff's motion for leave to file a complaint for superintending control in excess of the page limit restriction is GRANTED. The 77-page complaint submitted on April 26, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2016


_____      _____